**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| EDDIE LEE JACKSON | CIVIL ACTION NO. 18-1338-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the § 2254 petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 27th day of December, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT